Richard I. Scharlat, Esq. (5127)
VEDDER, PRICE, KAUFMAN & KAMMHOLZ
354 Eisenhower Parkway – Plaza II
Livingston, New Jersey 07039
(T) (973) 597-1100
(F) (973) 597-9607

Attorneys for Defendant

**FILED**
**FEB 13 2002**
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ENTERED
ON
THE DOCKET

FEB 13 2002

WILLIAM T. WALSH CLERK
By _____
(Deputy Clerk)

---

SHAWN LENAHAN and JOSEPH KAPCSOS, On Behalf of Themselves and All Others Similarly Situated,

                Plaintiffs,

v.

SEARS, ROEBUCK and Co.,

                Defendant.

---

Civil Action No. 02-00045 (MLC)

ORDER

This matter having been brought before the Court by Richard I. Scharlat of Vedder, Price, Kaufman & Kammholz, attorneys for defendant Sears, Roebuck & Co., on application for an Order allowing Richard H. Schnadig, Esq. to appear and participate pro hac vice, and the Court having considered the moving papers, and there being no opposition thereto, this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown,

IT IS on this ____ day of February, 2002,

ORDERED that Richard H. Schnadig, Esq., a member of the Bar of the State of Illinois, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c), United States District Court for the District of New Jersey; and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by Richard I. Scharlat, Esq., attorney of record for the defendant who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Richard H. Schnadig, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order; and it is further

ORDERED that Richard H. Schnadig, Esq. shall be bound by the Local Civil Rules and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Richard H. Schnadig, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Hon. Freda L. Wolfson
United States Magistrate Judge

We hereby consent to the form and substance of the foregoing Order.

| Kaplan, Fox & Kilsheimer, LLP | Vedder, Price, Kaufman & Kammholz |
| Attorneys for Plaintiffs | Attorneys for Defendant |

_____
William J. Pinilis, Esq.

_____
Richard I. Scharlat, Esq.

Dated: February 7, 2002

Dated: February 6, 2002

2