(16)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

RE: CIVIL CASE REASSIGNMENTS  :  Cv. 02-0045 (SRC)

: Order of Reassignment

:

:

It is on this 19th day of December, 2002

ORDERED the entitled actions listed on the attached list are reassigned from

JUDGE MARY L. COOPER to JUDGE STANLEY R. CHESLER.

JOHN W. BISSELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

FILED

DEC 20 2002

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

ENTERED
ON
THE DOCKET

JAN 0 6 2003

WILLIAM T. WALSH, CLERK
By _____
(Deputy Clerk)

**Judge Mary L. Cooper**　　　　　　　　**To**　　　　　　　　**Judge Stanley R. Chesler**

## Reassignments

1. Civil 91-1545 Markman, et al. v. Core Image Systems, et al.

2. Civil 96-3587 Eichorn, et al. v. AT&T Corp., et al.

3. Civil 97-2711 Weisbrot, et al. v. Chef's International, et al.

4. Civil 98-3731 Rheox, Inc., et al. v. Entact, Inc., et al.

5. Civil 99-1333 Dugan, et al. v. DeBenedictis, et al.

6. Civil 99-2090 Sanchez, et al. v. Hendricks, et al.

7. Civil 99-2673 Joyce, et al. v. Langone, et al.

8. Civil 99-3166 Connors, et al. v. Mercer County Corr., et al.

9. Civil 99-5024 Jenkins, et al. v. Hendricks, et al.

10. Civil 00-0489 ATA, et al., v. Todd Whitman, et al.

11. Civil 00-0681 Cronce, et al., v. Pentek, Inc., et al.

12. Civil 00-2324 Solution F., S.A., et al. v. Jesel Valvetrain, et al.

13. Civil 00-4138 Lacesa, et al. v. Servidone, Inc., et al.

14. Civil 00-5019 McFadden, et al. v. Universal Ropes Inc., et al.

15. Civil 00-5185 Gooley, et al. v. Isuzu Company, et al.

16. Civil 00-5516 Derienzo, et al. v. Harvard Industries, et al.

17. Civil 01-0060 Connors, et al. v. Mercer County Corr., et al.

18. Civil 01-0335 Wickersty, et al. v. Kelly, et al.

19. Civil 01-0562 Reid, et al. v. NJ State Police, et al.

20. Civil 01-0697 Unity Mutual Life, et al. v. Coulter, et al.

21. Civil 01-1362 Samuel, et al., v. Department of the Army, et al.

22. Civil 01-1602 Morgan, et al. v. Wal-Mart Stores, Inc., et al.

23. Civil 01-1832 Lenser Filtration, et al., v. Lam, et al.

24. Civil 01-2177 Welt, et al. v. Paul Revere Life Ins, et al.

25. Civil 01-2282 Yuengel, et al. v. Princeton Academic, et al.

26. Civil 01-2339 Elzamek, et al. v. Jones, et al.

27. Civil 01-2780 Treanor, et al. v. Zawisha, et al.

28. Civil 01-2854 Rogers, et al. v. Daniels, et al.

29. Civil 01-2965 Material Technologies, et al. v. Carpenter Technology, et al.

30. Civil 01-3062 Rodriguez, et al. v. Valmon, et al.

31. Civil 01-3121 Ramirez, et al. v. Carpenter, et al.

32. Civil 01-3134 Adams, et al. v. First Union Corp., et al.

33. Civil 01-3290 Villalobos, et al. v. Tirpak, et al.

34. Civil 01-3414 Ottino, et al. v. Kean, et al.

35. Civil 01-3950 Harley Davidson, LLC, et al. v. W&G Properties, LLC, et al.

36. Civil 01-4040 Harter Equipment, Inc., et al. v. Volvo Construction, et al.

37. Civil 01-4285 Opatut, et al. v. Colonial At Freehold, et al.

38. Civil 01-4463 ANCO Industrial, et al. v. DB Investments, Inc., et al.

39. Civil 01-4571 Washington, et al. v. Stout, et al.

40. Civil 01-4878 Schwartz, et al. v. New York Life, et al.

41. Civil 01-4901 Chislum, et al. v. Dept. of Corrections, et al.

42. Civil 01-4917 Kravitz, et al. v. Murphy Bus Service, et al.

43. Civil 01-4918 Day v. Monks, et al.

44. Civil 01-5168 Christopher Nelson, et al. v. M.A. Hanna Colors, et al.

45. Civil 01-5231 Bleistein, et al. v. Mercer County, et al.

46. Civil 01-5352 Ward, et al. v. Vandergoot, et al.

47. Civil 01-5504 E., et al. v. Krump, et al.

48. Civil 01-5505 NJ Protection & Adv, et al. v. Smith, et al.

49. Civil 01-5637 Morrissey, et al. v. USPS, et al.

50. Civil 01-5777 Bracco Diagnostics, et al. v. Bergen Brunswig Drug, et al.

51. Civil 01-5793 Rosado, et al. v. Miss Barnegat Light, et al.

52. Civil 01-6011 Pharmacia Corp., et al. v. PAR Pharmaceutical, et al.

53. Civil 01-6017 Pryor, et al. v. Dacus, et al.

54. Civil 01-6207 Chernavsky, et al. v. Twp. Holmdel Police, et al.

55. Civil 02-0045 Lenahan, et al. v. Sears, Roebuck, et al.

56. Civil 02-0129 North American Spec, et al. v. Deep Explorers, Inc., et al.

57. Civil 02-0224 Murtaugh, et al. v. Plumbers and Pipefitters, et al.

58. Civil 02-0279 Turetsky, et al. v. White, et al.

59. Civil 02-0353 Fleet Capital, et al. v. Alliant Foodservice, et al.

60. Civil 02-0383 Lewis, et al. v. USA, et al.

61. Civil 02-0420 Carter, et al. Trenton Board of Ed., et al.

62. Civil 02-0465 USA, et al. v. Roberts, et al.

63. Civil 02-0497 Maxwell, et al. v. National Auto Credit, et al.

64. Civil 02-0587 Dobin, et al. v. CNA Insurance, et al.

65. Civil 02-0687 Quinn, et al. v. Commissioner of SS, et al.

Case 2:02-cv-00045-SRC    Document 16    Filed 12/20/02    Page 5 of 7 PageID: 66

66. Civil 02-0880 Abdul-Aziz, et al. v. Graves, et al.

67. Civil 02-0881 In Re Medi-Hut Co., et al. v. et al.

68. Civil 02- 0943 Fredericks, et al. v. Foster, et al.

69. Civil 02-0957 Fentiman, et al. v. US Navy Department, et al.

70. Civil 02-1134 Goldman, et al. v. Schwartzman, et al.

71. Civil 02-1300 Alfano, et al. v. Vestal, et al.

72. Civil 02-1302 Murray, et al. v. Wood Campany, et al.

73. Civil 02-1510 Puckett, et al. v. Commissioner of SS, et al.

74. Civil 02-1593 Weinstein, et al. v. Bissel, et al.

75. Civil 02-1791 Travelers Indemnity, et al. v. PJR Construction, et al.

76. Civil 02-2000 Coefield, et al. v. GPU, et al.

77. Civil 02-2017 Hartman, et al. v. Township of Readington, et al.

78. Civil 02-2254 Boundonna, et al. v. McKenna Trucking Co., et al.

79. Civil 02-2302 Lordy, et al. v. Cigna, et al.

80. Civil 02-2379 Hazard Laboratories, et al. v. SYMYX Technologies, et al.

81. Civil 02-2422 Kyrda, et al. v. Pieros Construction, et al.

82. Civil 02-2494 Endress, et al. v. Jones, et al.

83. Civil 02-2662 Johnson, et al. v. CCL Label, Inc., et al.

84. Civil 02-2716 Arnold, et al. v. Borough of Milford, et al.

85. Civil 02-2900 Aventis Pharmaceutical, et al. v. Process Facilities, et al.

86. Civil 02-2902 Sunnyside Manor, et al. v. Township of Wall, et al.

87. Civil 02-3026 Schlem, et al. v. Freehold Regional HS, et al.

88. Civil 02-3090 Alongi, et al. v. Hendricks, et al.

89. Civil 02-3091 Kamienski, et al. v. Hendricks, et al.

90. Civil 02-3136 Borcsik, et al. v. Carfaro Ornamental, et al.

91. Civil 02-3160 Gerald, et al. v. Smith, et al.

92. Civil 02-3185 In Re Merck & Co. Inc., et al. v. et al.

93. Civil 02-3242 Gerald, et al. v. Smith, et al.

94. Civil 02-3318 Microsoft Corp, et al. v. EJ Computers, Inc., et al.

95. Civil 02-3591 Austin, et al. v. Morgan, et al.

96. Civil 02-3668 Illva Saronno Corp, et al. v. Township of Reading, et al.

97. Civil 02-3670 Rush-Frank, et al. v. United States, et al.

98. Civil 02-3710 Cablevision of Monmouth, et al. v. Bognar, et al.

99. Civil 02-3724 Alta Health & Life, et al. v. American International, et al.

100. Civil 02-3810 O'Keefe, et al. v. Commissioner of SS, et al.

101. Civil 02-3858 Kass, et al. v. Spherion Corporation, et al.

102. Civil 02-3864 Foster Wheeler USA, et al. v. Ansaldo Energia, et al.

103. Civil 02-4058 Selinger, et al. v. Whiteman, et al.

104. Civil 02-4131 Storage Engine, Inc., et al. v. Imaging Acceptance, et al.

105. Civil 02-4183 Keeton, et al. v. American General Life, et al.

106. Civil 02-4250 Cahan, et al. v. Goldberg, et al.

107. Civil 02- 4323 Miller, et al. v. Paparozzi, et al.

108. Civil 02-4339 Dickey-Huggins, et al. v. McKesson Health, et al.

109. Civil 02-4433 Mikytuck, et al. v. Brainpower, Inc., et al.

110. Civil 02-4464 District 65 Pension, et al. v. Charles Martine, Inc., et al.

111. Civil 02-4485 Abdullah, et al. v. Achinivu, et al.

112. Civil 02-4546 Caccamise, et al. v. May Department Store, et al.

113. Civil 02-4572 Johnson, et al. v. Hutler, et al.

114. Civil 02-4598 Bishop, et al. v. Nunn, et al.

115. Civil 02-4625 Craparotta, et al. v. J.C. Penney Life, et al.

116. Civil 02-4702 Lewis, et al. v. Correctional Medical, et al.

117. Civil 02-4756 Melvin, et al. v. Caiola, et al.

118. Civil 02-4841 Yates, et al. v. USA, et al.

119. Civil 02-4845 Farley, et al. v. Nealis, et al.

120. Civil 02-4916 Montgomery Township, et al. v. S.C., et al.

121. Civil 02-5042 Santos, et al. Liscinski, et al.

122. Civil 02- 5082 GBSC LLC, et al. v. Somerset Valley Bank, et al.

123. Civil 02-5091 Animal Legal Defense, et al. v. Township Princeton, et al.

124. Civil 02- 5216 Frost, et al. v. Diamond, et al.

125. Civil 02-5221 Reategui, et al. v. Scott, et al.

126. Civil 02-5224 Adil, et al. v. Lumenis, LTD, et al.

127. Civil 02-5256 Uunet Technologies, et al. v. Vortex Technologies, et al.

128. Civil 02-5596 VanYsseldyk v. Frost