

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SHAWN LENAHAN and JOSEPH KAPCSOS, On Behalf of Themselves and All Other Similarly Situated,

Plaintiffs,

v.

SEARS, ROEBUCK and CO.,

Defendant.

Case No.: 02-00045 (SRC)

ERRATA TO CONSENTS TO JOIN COLLECTIVE ACTION

PLEASE TAKE NOTICE that the pleading contemporaneously filed by Plaintiffs entitled "Consents To Join Collective Action" contains an error in Exhibit A. The consent form filed on behalf of Bart Jacobson, which is contained in Exhibit A to that filing, was filed in error and is hereby withdrawn.

DATED: February 28, 2003

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: _____
William J. Pinilis (WJP2130)
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07960
Tel.: 973-656-0222

Laurence D. King (*Pro Hac Vice*)
Linda M. Fong (*Pro Hac Vice*)
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Tel.: 415-772-4700

Gabriel Halpern
PINILIS HALPERN, LLP
237 South Street
Morristown, NJ 07960

FILED
MAR 3 2003
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

I, Adrianna D. Gutierrez, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 555 Montgomery Street, San Francisco, California 94111.

On February 28, 2003, I served the following document(s):

**ERRATA TO CONSENTS TO JOIN COLLECTIVE ACTION**

To the below parties:

| Attorney | Counsel for: |
|---|---|
| Richard Schnadig<br>Thomas Abram<br>VEDDER PRICE<br>KAUFMAN & KAMMHOLZ<br>222 North LaSalle Street<br>Chicago, Illinois 60601<br>Tel:    312-609-7500<br>Fax:   312.609.5005 | Sears, Roebuck and Co. |

__X__ (BY FACSIMILE) I sent such document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

____ (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

____ (PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the person(s) at the address(es) set forth below.

____ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed February 28, 2003, at San Francisco, California.

*Adrianna Gutierrez*

3