UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**NEWARK**                                                              **July 13, 2009**
**Judge: Chesler**
**COURT REPORTER :**                                      **Docket No.02-45**

### TITLE OF CASE

LENAHAN, et al

v.

SEARS, ROEBUCK

### APPEARANCES:

William J. Pinilis, Esq. Pltf.

Kevin R. Gardner, Esq. Deft.

Tom Abram, Esq. Deft.

### NATURE OF PROCEEDINGS:

**TELEPHONE CONFERENCE CALL regarding (158) motion for settlement class counsels notice of motion and motion to enforce settlement agreement.  Ordered counsel to appear at 2:30 p.m. on 7/13/09 for oral argument.**

**Hearing on motion for settlement class counsels notice of motion and motion to enforce settlement agreement.**

**Court ordered further submissions by counsel as stated on the record. OTBS**

**10:00 a.m. to 10:30 a.m. -30**

**2:25 p.m. to 3:00 p.m. -35**

**Total Time -1.05**

s/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist